UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE ROMERO, on behalf of himself and all
others similarly situated,

              Plaintiff,              Case No.: 1:20-cv-08310 PAE

v.

WORLD WRESTLING ENTERTAINMENT, INC.,

              Defendant.
------------------------------------------------------------X

## NOTICE OF SETTLEMENT

      Please take notice that the parties have settled the above referenced case. This settlement is contingent upon the execution of a written settlement agreement. This case will be dismissed by Plaintiff upon the completion of specified conditions, in no more than sixty (60) days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this  7   day of December, 2020

                                                          **COHEN & MIZRAHI LLP**
                                                          By:_____
                                                          Joseph H. Mizrahi, Esq.
                                                          Joseph@cml.legal
                                                          300 Cadman Plaza West, 12th Flr.
                                                          Brooklyn, NY 11201
                                                          Tel: (929) 575-4175
                                                          Fax: (929) 575-4195

308361606.1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December ____, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.